# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.R. MCFARLANE, K.J. BRUBAKER, M.G. MILLER**
Appellate Military Judges

## UNITED STATES OF AMERICA

v.

## ROLAND V. CLARK, JR.
## INFORMATION SYSTEMS TECHNICIAN FIRST CLASS (E-6), U.S. NAVY

### NMCCA 201400334
### GENERAL COURT-MARTIAL

**Sentence Adjudged:** 16 May 2014.
**Military Judge:** CAPT Bethany L. Payton-O'Brien, JAGC, USN.
**Convening Authority:** Commander, Navy Region Southwest, San Diego, CA.
**Staff Judge Advocate's Recommendation:** CDR D.J. Jones, JAGC, USN.
**For Appellant:** LT Jonathan M. Hawkins, JAGC, USN.
**For Appellee:** Mr. Brian K. Keller, Esq.

**12 February 2015**

---
### OPINION OF THE COURT
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court